

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00432-CR

HUGO CARDENAS FLORES                                            APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1360208D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Hugo Cardenas Flores attempts to appeal from his conviction for aggravated sexual assault of a child. Flores pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to twenty-seven years' confinement. The trial court's certification of his right to

---

[1]*See* Tex. R. App. P. 47.4.

appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal."  *See* Tex. R. App. P. 25.2(a)(2).

On October 20, 2014, we notified Flores that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before October 30, 2014, showing grounds for continuing the appeal.  *See* Tex. R. App. P. 25.2(d), 44.3.  No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 29, 2015